08-00454 MJJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jonathan Lee Riches,
Plaintiff

CIVIL NO:    MJJ 550

V.

ABBOTT LABORATORIES A/K/A ENSURE,
Defendants

COMPLAINT

Comes now the plaintiff, Jonathan Lee Riches, moves under 42 USC 1983. I seek $10 million and non expired Ensure. FCI Williamsburg is serving me expired Ensure, that's getting me sick and Bluminic. This is a civil rights violation for cruel and unusual punishment.

Respectfully Submitted
Jonathan Lee Riches